

Camacho Mauro Mulholland, LLP
Attorneys at Law

40 WALL STREET • 40TH FLOOR • NEW YORK, NY 10005
tel. (212) 947-4999 • fax. (212) 947-8099 • www.cmmattorneys.com

July 27, 2016

**VIA ECF**

Hon. Nina Gershon
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

  *Re: Matthew McDermott v. National Herald, Inc.*
  <u>**Civil Action No.**</u> **1:16-cv-1697**

Dear Judge Gershon:

We represent the defendant National Herald, Inc. in the above-captioned action. Please accept this letter pursuant to the Court's scheduling order as set forth on July 13, 2016.

We respectfully request that this Honorable Court mark our previously filed letter dated May 20, 2016, submit as our Motion seeking that the Court Vacate the Certificate of Default entered by the Clerk of the Court on May 18, 2016.

The Defendant respectfully request that the Court vacate the entry of default and accept the defendants answer thus allowing this case to be decided on the merits.

Respectfully Submitted,

CAMACHO MAURO MULHOLLAND, LLP

James J. Walsh III, Esq.
JJW/bm
z:\cases\4141\lgl\letter to court 07.26.16.doc